IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Sally What, aka Shawn Fabio,  ) | CV 13-00373 HG-RLP |
| ) | |
| Plaintiff,  ) | |
| vs.  ) | |
| ) | |
| Honolulu Police Department, et al.,  ) | |
| ) | |
| Defendant s .  ) | |
| _____ ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION (ECF. No. 5)

Findings and Recommendation having been filed on 7/31/2013 and served on all parties on August 01, 2013, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Deny Plaintiff's Application to Proceed Without Prepayment of Fees" (ECF. No. 5) are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

Dated: August 20, 2013, Honolulu, Hawaii.



/S/ Helen Gillmor
_____
Helen Gillmor
United States District Judge